Helen G. Strickler and Roy S. Strickler, Appellants, v. William K. Yeats, Individually and as Administrator of Estate of Elizabeth Gemmill, Deceased, et al., Appellees.

Gen. No. 41,128.

opinion filed March 11, 1941. Earl J. Walker, for appellants; C. A. Pedderson and Stearns & Jones, for appellees. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''